IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| NICLOUS ARMOND JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 325-019 |
| | ) |
| T. PROSSER, D.W. Security, and B. THOMAS, D.W. Security, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 15.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendant Thomas for failure to state a claim upon which relief may be granted. The case shall proceed against Defendant Prosser as described in the Magistrate Judge's May 2, 2025 Order. (Doc. no. 14.)

SO ORDERED this 2nd day of July, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE